William E. Fitzgerald, Assistant U.S., U.S. Attorney's Office, Eugene, OR, Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Kelly R. Beckley, Beckley Law Firm, P.C., Eugene, OR, for Defendant–Appellant.

Justin Douglas Nason, pro se.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Justin Douglas Nason appeals from his guilty-plea conviction and 180–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(e). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Nason's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. Nason has filed a pro se brief, and no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300

(1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Feliciano CRUZ–RODRIGUEZ,
Defendant—Appellant.

No. 10–30177.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 3, 2011.

Aaron Nicholas Lucoff, Esquire, Assistant U.S., Anthony G. Hall, Esquire, Assistant U.S., Office of the U.S. Attorney, Boise, ID, for Plaintiff-Appellee.

Randall Scott Barnum, Esquire, Capitol Law Group PLC, Boise, ID, for Defendant–Appellant.

Feliciano Cruz–Rodriguez, Youngstown, OH, pro se.

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Feliciano Cruz–Rodriguez appeals from his guilty-plea conviction and 120–month sentence for conspiracy to distribute methamphetamine, cocaine and marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cruz–Rodriguez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).